OPINION — AG THE FEES AND MILEAGE FOR ANY WITNESSES ORDERED TO APPEAR AT TRIAL ON BEHALF OF AN INDIGENT DEFENDANT UNDER 22 O.S. 1961 718 [22-718], SUPRA, ALSO WOULD BE PAYABLE FROM THE COURT FUND, WHETHER THESE WITNESSES WERE ALSO ORDERED TO APPEAR UNDER THE UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT A STATE IN CRIMINAL PROCEEDINGS, OR NOT. CITE: 22 O.S. 1961 721-727 [22-721] — [22-727] (HUGH COLLUM)